# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN KARL RAY BUNTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF MENDOTA POLICE CHIEF, et al.,<br><br>    Defendants. | Case No.: 1:23-cv-00211-JLT-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND ONE DEFENDANT<br><br>(Doc. 23, 33) |

    Benjamin Karl Ray Bunton, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action pursuant to 42 U.S.C. § 1983. (Doc. 1.) The magistrate screened the first amended complaint and determined Plaintiff stated cognizable claims under the First and Fourth Amendments but no other claims.  (Doc. 14.) The Court directed Plaintiff to file a second amended complaint or a notice stating he wished to proceed only on the cognizable claims. Plaintiff filed the latter.  (Doc. 15.) The Court then adopted the magistrate judge's findings and recommendations in full and dismissed the remaining claims and defendants.  (Doc. 18.)

    A few weeks later, Plaintiff filed a "Motion to Add Two Additional Defendants" (Doc. 19), which the magistrate judge construed as a motion to amend Plaintiff's first amended complaint (Doc. 20). The magistrate judge granted Plaintiff's motion to amend but ordered that Plaintiff file a second amended complaint that contained all applicable allegations against all

identified defendants in a single filing. The Court granted Plaintiff 30 days to file a second amended complaint. (Doc. 20.) Once again, Plaintiff filed a notice of request to proceed on cognizable claims in the first amended complaint. (Doc. 21.) Again, a few weeks later, Plaintiff lodged a second amended complaint. (Doc. 23).

On December 5, 2023, the magistrate judge issued findings and recommendations addressing the second amended complaint and recommending that this action proceed on Plaintiff's First and Fourth Amendment claims against Mendota Police Officer Renteria, Building Inspector/City Manager Christian Gonzalez, and two fictitiously named Mendota Police Officers. (Doc. 33.) The magistrate judge also recommended that the City of Mendota Police Chief be dismissed with leave to amend and that all other claims be dismissed for failure to state a claim. (*Id*.) The Court granted Plaintiff 14 days in which to file objections to the findings and recommendations. Plaintiff did not file objections and the time to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court finds the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations dated December 5, 2023 (Doc. 33), are **ADOPTED IN FULL**.
2. This action **SHALL PROCEED** on the following claims asserted in the second amended complaint (Doc. 23):
   a) Fourth Amendment claims for unreasonable search and seizure against Gonzalez and Does 1-2 for their actions prior to and at the conclusion of Mendota City Council meetings in August 2022 and October 2022;
   b) Fourth Amendment claims for excessive use of force against Gonzalez and Does 1-2 for their actions in August 2022 and October 2022; and against Gonzalez, Renteria, and Does 1-2 for their actions on or around November 18, 2022; and
   c) First Amendment retaliation claims against Renteria for questioning

Plaintiff at his job and following him in November 2022; and against Gonzalez and Does 1-2 for their alleged harassment, search, and detention of Plaintiff in August 2022 and October 2022, and November 15, 2022;

3. All claims against the Police Chief are **DISMISSED** with leave to amend.

4. All other potential claims are **DISMISSED** for failure to state a claim.

IT IS SO ORDERED.

Dated: **January 3, 2024**

UNITED STATES DISTRICT JUDGE