# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN KARL RAY BUNTON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MENDOTA POLICE CHIEF, et al.,<br><br>Defendants. | Case No. 1:23-cv-00211-JLT-SAB<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR COPIES<br><br>(ECF No. 40) |

Plaintiff Benjamin Karl Ray Bunton ("Plaintiff"), currently incarcerated at the Montana State Prison in Deer Lodge, Montana and proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On March 11, 2024, Plaintiff filed a "Request for Copies." (ECF No. 40.) The caption indicates the request is related to "Case No. 1:23-CV-00211-JLT-SAB, Case No. 1:23-CV-00104-HBK (PC)." (Id. at 1.)

On February 14, 2023, Plaintiff received the first informational order which expressly states that "[i]f a party has more than one case pending and wants to file the same document in more than one case, the party must provide a separate copy of that document, with the correct case number in the first page caption, for each case. Documents with more than one case number in the caption may be stricken/returned." (ECF No. 3 at 2.) Given the instant request lists more than one case number in the caption, the Court shall deny Plaintiff's request (ECF No. 40). Any further motions filed by Plaintiff in this action shall be related only to the instant action.

/ / /

/ / /

1

1  Should Plaintiff intend to file a procedurally proper request for copies, the Court notes the
2  first informational order issued in this action also informs Plaintiff that the Court is not inclined to
3  grant orders to furnish copies of case documents without cost:

> [T]he Court does not provide free copies of case documents to parties. The Clerk of Court charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(b). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent pro se plaintiff except by order of the judge. It is important that pro se plaintiffs maintain copies of all documents related to the case because the Court is not inclined to grant such orders.

(ECF No. 3 at 7.)

Plaintiff is reminded that he must be familiar with the orders issued by this Court when litigating his action so as to avoid further unnecessary orders by the Court.

Accordingly, given the instant request lists more than one case number in the caption, IT IS HEREBY ORDERED that Plaintiff's request for copies (ECF No. 40) is DENIED.

IT IS SO ORDERED.

Dated:   **March 13, 2024**

UNITED STATES MAGISTRATE JUDGE