# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN KARL RAY BUNTON,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN SMITH, et al.,<br><br>Defendants. | Case No. 1:23-cv-00211-JLT-SAB<br><br>ORDER RE: UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER DEADLINES<br><br>(ECF No. 59) |

Before the Court is the parties' unopposed motion to extend certain dates in the scheduling order. For good cause shown, the Court hereby grants the motion and ORDERS that the scheduling order is modified as follows:

1. The parties shall have through August 30, 2025, to complete all discovery; and

2. Any dispositive motion shall be filed by September 30, 2025.

The Court's scheduling order (ECF No. 54) otherwise remains in place.

IT IS SO ORDERED.

Dated: **May 19, 2025**

STANLEY A. BOONE
United States Magistrate Judge