Bradley J. Swingle, SBN 171535
Graham Scott, SBN 236077
**SWINGLE, VAN EGMOND & HEITLINGER**
**A Professional Law Corporation**
1207 I Street
Post Office Box 3287
Modesto, California 95353
Telephone: (209) 522-2211
bswingle@svhlaw.com
graham@svhlaw.com

Attorneys for Defendants
FRANCISCO RENTERIA, CRISTIAN GONZALEZ,
SANTIAGO JURADO, KEVIN SMITH AND
ANTHONY AGUILAR

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN KARL RAY BUNTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF MENDOTA POLICE DEPT.<br>CHIEF OF POLICE, OFC. WORKINTON,<br>OFC. RENTERIA, OFC. AMADOR,<br>CHRISTIAN GONZALEZ, OFC. BENITEZ<br><br>　　　　　Defendants.<br>_____/ | Case No.: 1:23−CV−211-JLT-SAB<br><br>**NOTICE OF MOTION AND MOTION FOR AN ORDER GRANTING RELIEF UNDER FEDERAL RULE OF CIVIL PROCEDURE 37**<br><br>**Date: October 7, 2025**<br>**Time: 9:00 a.m.**<br>**Courtroom: 4**<br><br>**United States District Judge Jennifer L. Thurston** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that at 9:00 a.m. on October 7, 2025, before the Honorable Judge Jennifer L. Thurston, Courtroom 4, located at 2500 Tulare Street Fresno, CA 93721, Defendants, Francisco Renteria, Cristian Gonzalez, Santiago Jurado, Kevin Smith and Anthony Aguilar will, and hereby do, move the Court, pursuant to the authority granted by Federal Rule of Civil Procedure 37, to issue an Order for the following:

1. Plaintiff shall file and serve a Notice of Change of Address with his current and accurate mailing address, email address, and phone number within ten (10) days;
2. Plaintiff and Defendants shall meet and confer on a new deadline for fact discovery and dispositive motions;
3. Plaintiff shall submit to a continued deposition no later than October 31, 2025;
4. An Order to Show Cause why this action should not be dismissed with prejudice shall be issued if Plaintiff fails to comply with this Order.

This motion is made on the grounds that Plaintiff has repeatedly refused to comply with document number 54 of the Court's docket "Discovery and Scheduling Order" and document number 60 of the Court's docket "Order RE: Unopposed Motion to Modify Scheduling Order Deadlines." The relief herein sought is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities and Declarations of Graham Scott and Anesa Suweid filed herewith, and upon all records and pleadings on file in this action.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Honorable Judge Thurston's Standing Order for Civil Cases, all documents filed before the undersigned in civil cases will be deemed submitted upon the record and briefs pursuant to Local Rule 230(g) without further action by the court. This means that the hearing date chosen by the moving party will not be placed on the court's calendar; it will serve only to govern the opposition and reply filing deadlines pursuant to Local Rule 230(c).

Dated: August 29, 2025           SWINGLE, VAN EGMOND & HEITLINGER

                                 A Professional Law Corporation


                                 By         /s/ Graham Scott
                                 BRADLEY J. SWINGLE
                                 GRAHAM SCOTT
                                 Attorneys for Defendants
                                 Francisco Renteria, Cristian Gonzalez, Santiago Jurado,
                                 Kevin Smith and Anthony Aguilar