# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN KARL RAY BUNTON, | Case No. 1:23-cv-00211-JLT-SAB |
| Plaintiff, | ORDER TO SHOW CAUSE RE NOTICE REGARDING CHANGE IN ATTORNEY TO BE NOTICED |
| v. | |
| KEVIN SMITH, et al., | (ECF No. 71) |
| Defendants. | **SEVEN DAY DEADLINE** |

As relevant here, on November 19, 2025, Plaintiff filed a notice regarding change in attorney to be noticed. (ECF No. 71.) In the notice, Plaintiff states that Attorney Graham Scott is no longer with the firm Swingle, Van Egmond & Heitlinger and is no longer counsel of record for Defendants in this action. (Id.)

Local Rule 182 states, "an attorney who has appeared may not withdraw leaving the client *in propia persona* without leave of court upon noticed motion and notice to the client and all other parties who have appeared." L.R. 182(d). No such motion was filed.

The Court therefore directs Attorney Graham Scott to respond to the notice and advise whether he continues to represent Defendants in this action or whether he intends to withdraw from representation. Plaintiff's counsel is further directed to serve a copy of this order to whom he spoke with at Swingle, Van Egmond & Heitlinger should the firm intend to continue representing Defendants.

1

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court is directed to serve this Order on Attorney Graham Scott at gscott@colmanlawgroup.com and Colman Perkins Law Group, 100 Howe Avenue, 206 South, Sacramento, CA 95825;

2. Plaintiff's counsel is ordered to serve a copy of this Order to whom he spoke with at Swingle, Van Egmond & Heitlinger;

3. **Within seven (7) days from the date of service of this order**, Attorney Graham Scott shall respond to Plaintiff's notice; and

4. Failure to respond to this Order may result in sanctions.

IT IS SO ORDERED.

Dated: **November 20, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2