# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN KARL RAY BUNTON,<br><br>    Plaintiff,<br><br>  v.<br><br>KEVIN SMITH, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00211-JLT-SAB<br><br>ORDER CONSTRUING DESIGNATION AS MOTION TO SUBSTITUTE AND GRANTING DEFENDANT'S SUBSTITUTION OF ATTORNEY<br><br>(ECF No. 74) |

Defendants filed a designation of counsel, which the Court construes a motion for substitution seeking to substitute attorney Bradley James Swingle of Swingle, Van Egmond & Heitlinger, in place of attorney Graham Scott of Colman Perkins Law Group. (ECF No. 74.) Accordingly, Bradley James Swingle is SUBSTITUTED as attorney of record for Defendants. The Clerk of the Court is DIRECTED to terminate attorney Graham Scott as counsel of record for Defendants. In light of the foregoing, the Court's November 21, 2025 order to show cause is DISCHARGED. (ECF No. 72.)

IT IS SO ORDERED.

Dated: **November 26, 2025**

STANLEY A. BOONE
United States Magistrate Judge