# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN KARL RAY BUNTON,<br><br>   Plaintiff,<br><br>   v.<br><br>KEVIN SMITH, et al.,<br><br>   Defendants. | Case No. 1:23-cv-00211-JLT-SAB<br><br>ORDER GRANTING WILLIAM F. SULTON *PRO HAC VICE* APPLICATION<br><br>(ECF Nos. 78, 79) |

Before the Court is the application of William F. Sulton, attorney for Benjamin Bunton, for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **December 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1