# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN KARL RAY BUNTON,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN SMITH, et al.,<br><br>Defendants. | Case No. 1:23-cv-00211-JLT-SAB<br><br>ORDER GRANTING LEAVE TO AMEND RE ECF NOS. 100, 100-1<br><br>(ECF No. 103)<br><br>**THREE DAY DEADLINE** |

Before the Court is Plaintiff's motion for leave to file a redacted copy of the Supplemental Declaration of Nicholas Brock Enger, Esq. and its attached exhibit, (ECF Nos. 100, 100-1), which inadvertently contain the social security number of Plaintiff's counsel. The Court finds good cause to grant the motion. See F.R.C.P. 5.2(a); L.R. 140(a). Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for leave to amend (ECF No. 103) is GRANTED;
2. Within **three (3) days** of service of this order, Plaintiff shall file redacted copies of the documents; and

///
///
///
///
///
///

1

3. Upon receipt, the Clerk of Court is DIRECTED to replace the currently filed documents (ECF Nos. 100, 100-1) with the redacted versions.

IT IS SO ORDERED.

Dated:  **December 22, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2